THE PEOPLE OF THE STATE NEW YORK, Respondent, v. HERBERT GIORDANO, Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crimes of carrying a dangerous weapon as a felony and possession of burglar's instruments as a felony, unanimously affirmed. No opinion. Present — Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SWEETLAND, Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crimes of carrying a dangerous weapon as a felony,

carrying a dangerous weapon as a misdemeanor, and possession of burglar's instruments as a misdemeanor, unanimously affirmed. No opinion. Present— Lewis, P. J., Johnston, Adel, Nolan and Wenzel, JJ.